# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *
                                    *
AURORA MILITARY HOUSING, LLC,       *
et al., and AETC II PRIVATIZED      *       Nos. 21-2182C; 22-345C; 22-346C;
HOUSING, LLC, et al.,               *       22-348C; 22-349C; 22-350C; 22-
                                    *       351C; 22-352C; 22-353C; 22-354C;
       Plaintiffs,                  *       22-355C; 22-356C; 22-357C; 22-
                                    *       358C; 22-359C; 22-360C; 22-361C;
    v.                              *       22-362C; 22-363C
                                    *       Filed: July 10, 2024
UNITED STATES,                      *
                                    *
       Defendant.                   *
                                    *
* * * * * * * * * * * * * * * * * *
```

## O R D E R

On June 7, 2024, the court entered a Protective Order in <u>Aurora Military Housing, LLC, et al. v. United States</u>, Case No. 21-2182C, and in <u>AETC II Privatized Housing, LLC, et al. v. United States</u>, Case No. 22-345C, and the consolidated cases, in order to allow counsels of record in the above captioned cases to review the materials in all of these particular cases. Counsels of record for plaintiffs have now all signed the respective Protective Orders. In order to allow for counsels of record for plaintiffs to review the documents in all the cases to better assist the court in determining the best course of action in the above captioned cases, the court **ORDERS** the Clerk's Office to grant access on ECF to the counsels of record in all of the above captioned cases.

**IT IS SO ORDERED**.

        s/Marian Blank Horn
        **MARIAN BLANK HORN**
            **Judge**